UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLER BAYER,<br><br>    Plaintiff,<br><br>    v.<br><br>NEIMAN MARCUS GROUP, INC.,<br><br>    Defendant. | Case No. 13-cv-04487-MEJ<br><br>**CLERK'S NOTICE** |

**YOU ARE NOTIFIED THAT** a Case Management Conference is set for January 23, 2014 at 10:00 A.M. before the Honorable MARIA-ELENA JAMES.  The Joint Case Management Conference Statement is due 7 days prior to the conference.  Please report to Courtroom B, 15th Floor, Phillip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: December 6, 2013

Richard W. Wieking
Clerk, United States District Court

By: _____
Chris Nathan, Deputy Clerk to the
Honorable MARIA-ELENA JAMES
415-522-2000