United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLER BAYER,<br><br>           Plaintiff,<br><br>    v.<br><br>NEIMAN MARCUS GROUP, INC.,<br><br>           Defendant. | Case No.  13-cv-04487-MEJ<br><br>**ORDER DIRECTING DEFENDANT TO FILE CONSENT/DECLINATION FORM** |

This civil case has been assigned to United States Magistrate Judge Maria-Elena James for all purposes including trial.  In accordance with 28 U.S.C. § 636(c), magistrate judges are designated to conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties.  An appeal from a judgment entered by Magistrate Judge Maria-Elena James may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

Defendant Neiman Marcus Group has not filed a written consent to Magistrate Judge MARIA-ELENA JAMES's jurisdiction or a request to have this case reassigned to a United States District Judge for trial and disposition.  Accordingly, Defendant shall inform the court whether it consents to Magistrate Judge Maria-Elena James's jurisdiction or request reassignment to a United States District Judge.  Defendant shall file either a consent or declination by December 26, 2013.  The forms may be obtained at http://cand.uscourts.gov/civilforms.

**IT IS SO ORDERED.**

Dated: December 13, 2013

_____

MARIA-ELENA JAMES
United States Magistrate Judge