

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
500 North Akard
Suite 2500
Dallas, Texas 75201
Tel 214 520-2400
Fax 214 520-2008
www.jacksonlewis.com

| | | | |
|---|---|---|---|
| ALBANY, NY | GRAND RAPIDS, MI | MORRISTOWN, NJ | RALEIGH-DURHAM, NC |
| ALBUQUERQUE, NM | GREENVILLE, SC | NEW ORLEANS, LA | RAPID CITY, SD |
| ATLANTA, GA | HARTFORD, CT | NEW YORK, NY | RICHMOND, VA |
| AUSTIN, TX | HOUSTON, TX | NORFOLK, VA | SACRAMENTO, CA |
| BALTIMORE, MD | INDIANAPOLIS, IN | OMAHA, NE | SAINT LOUIS, MO |
| BIRMINGHAM, AL | JACKSONVILLE, FL | ORANGE COUNTY, CA | SAN DIEGO, CA |
| BOSTON, MA | LAS VEGAS, NV | ORLANDO, FL | SAN FRANCISCO, CA |
| CHICAGO, IL | LONG ISLAND, NY | PHILADELPHIA, PA | SAN JUAN, PR |
| CINCINNATI, OH | LOS ANGELES, CA | PHOENIX, AZ | SEATTLE, WA |
| CLEVELAND, OH | MEMPHIS, TN | PITTSBURGH, PA | STAMFORD, CT |
| DALLAS, TX | MIAMI, FL | PORTLAND, OR | TAMPA, FL |
| DENVER, CO | MILWAUKEE, WI | PORTSMOUTH, NH | WASHINGTON, DC REGION |
| DETROIT, MI | MINNEAPOLIS, MN | PROVIDENCE, RI | WHITE PLAINS, NY |

Direct Dial: (972) 728-3257
Email: Dan.Hartsfield@jacksonlewis.com

December 20, 2013

**_Via U.S. First Class Mail_**
Hon. Maria-Elena James
United States Magistrate Judge
San Francisco Courthouse
Courtroom B - 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re: *Tayler Bayer v. The Neiman Marcus Group, Inc.*; U.S. District Court, Northern District of California; Cause No. 13-cv-04487-MEJ

Dear Judge James:

Defendant Neiman Marcus Group, Inc. respectfully requests permission for the undersigned lead counsel of record, Dan Hartsfield, to appear and participate in the Case Management Conference, set in this matter for January 23, 2014 at 10:00 am, by telephone. This request is made to avoid the necessity of travel to San Francisco and avoid potential related scheduling conflicts.

Thank you for your consideration of this request.

Sincerely,

JACKSON LEWIS P.C.

Dan Hartsfield

DGH/KUS/ls

*GRANTED — Judge Maria-Elena James — United States District Court, Northern District of California*

Counsel shall provide the Court w/ a direct dial number to call him by calling the Courtroom Deputy, Rose Maher at 415-522-4708 prior to the CMC.
Dated: 1/13/2014



Hon. Maria-Elena James
December 20, 2013
Page 2

cc: Cliff Palefsky, Esq.
Keith Ehrman, Esq.
McGuinn, Hillsman & Palefsky
535 Pacific Avenue
San Francisco, CA 94133
PH: (415) 421-9292
FX: (415) 403-0202
uroy2@aol.com
kaemhp@aol.com