UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TAYLER BAYER,

          Plaintiff,

     v.

NEIMAN MARCUS GROUP, INC.,

          Defendant.

Case No.  13-cv-04487-MEJ

**ORDER VACATING HEARING**

Re: Dkt. Nos. 28, 34

     This matter is currently scheduled for a hearing regarding the parties' cross-motions for summary judgment on September 4, 2014.  Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds this matter suitable for disposition without oral argument and hereby VACATES the September 4 hearing.  The motion is under submission.

     **IT IS SO ORDERED.**

Dated: September 2, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge

United States District Court
Northern District of California