UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TAYLER BAYER,

    Plaintiff,

    v.

NEIMAN MARCUS GROUP, INC.,

    Defendant.

Case No. 13-cv-04487-MEJ

**ORDER VACATING PRETRIAL AND TRIAL DATES**

    As the parties' cross motions for summary judgment remain pending, the Court VACATES all pretrial and trial dates.

    **IT IS SO ORDERED.**

Dated: October 15, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge