FILED

JUL 28 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| TAYLER BAYER,<br><br>        Plaintiff-Appellant,<br><br> v.<br><br>NEIMAN MARCUS GROUP, INC.,<br><br>        Defendant-Appellee. | No. 15-15287<br><br>D.C. No. 3:13-cv-04487-MEJ<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: W. FLETCHER and RAWLINSON, Circuit Judges, and PRATT,[*] District Judge.

    Judge W. Fletcher and Judge Pratt have voted to deny Defendant-Appellee's Motion to Stay the Mandate Pending Filing of a Petition for a Writ of Certiorari (Dkt. 34). Judge Rawlinson has voted to grant the motion. Defendant-Appellee's Motion to Stay the Mandate Pending Filing of a Petition for a Writ of Certiorari is DENIED.

---

    [*] The Honorable Robert W. Pratt, United States District Judge for the Southern District of Iowa, sitting by designation.