UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLER BAYER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NEIMAN MARCUS GROUP, INC.,<br><br>　　　　Defendant. | Case No. 13-cv-04487-TSH<br><br>**CLERK'S NOTICE RE: EXHIBITS ADMITTED AT BENCH TRIAL, APRIL 29, 2019**<br><br>Bench Trial: 4/29/2019 at 9:00 a.m.<br><br>Honorable Thomas S. Hixson |

**The following Exhibits were admitted at Bench Trial on 4/29/2019**:

| EXH# | JOINT TRIAL EXHIBITS |
|---|---|
| 1. | Bangs Memo |
| 2. | 2007 Arbitration Agreement |
| 3. | NMG Associate Acknowledgment Form |
| 4. | NMG Resolutions |
| 5. | Frequently Asked Questions |
| 6. | July 1, 2007 Email Bayer to Carlson |
| 7. | July 10, 2007 Letter to Bayer to NMG |
| **EXH#** | **PLAINTIFF'S TRIAL EXHIBITS** |
| 8. | April 12, 2007 Doctor's Letter |
| 9. | May 30, 2007 Doctor's Letter |
| 10. | June 8, 2007 Doctor's Letter |
| 11. | June 20, 2017 EEOC Claim |

| 12. | July 9, 2007 EEOC Claim |
|---|---|
| 13. | June 30, 2009 EEOC Letter |
| 15. | 10.23.2007 EEOC Right to Sue Letter |
| 16. | Nov. 28, 2007 Letter from Bayer to NLRB |
| 17. | 2009 EEOC Charge No. 3 (w/ attachment) |
| 18. | April 28, 2011 EEOC Right to Sue Letter |
| 19. | EEOC July 18, 2013 Right to Sue Letter |
| 20. | Tanguilig Letter (7.13.2007) |
| 21. | NMG 7.21.2007 email to Tanguilig |
| 22. | 7.25.2007 Letter to Tanguilig |
| 23. | Plaintiff Tayler Bayer's Identification of Deposition Excerpts For Trial |
| 24. | Declaration of Lily Tang Lamb in Support of Defendant's Motion For Summary Judgment |
| **EXH#** | **DEFENDANT'S TRIAL EXHBITS** |
| A | Refusal To Sign Form |
| C | Plaintiff's July 30, 2007 Letter to NLRB |
| D | Bayer Affidavit to NLRB (July 31,2007) |
| E | Bayer Oct. 29, 2007 Supp. Affidavit to NLRB |
| G | Bayer v. The Neiman Marcus Group – The Timeline (chart) |

Dated: April 30, 2019

Susan Y. Soong
Clerk, United States District Court

By: _____
Rose Maher, *Deputy Clerk to the*
Honorable THOMAS S. HIXSON